IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT HUNTINGTON

**MICHAEL WALKER, individually,**

   Plaintiff,

v.                                        **Civil Action No. 3:18-cv-01523**
                                             **Honorable Robert C. Chambers**

**M.H. LOVEJOY, in his individual
capacity; B.E. DONAHOE, in his
individual capacity; B.W. PAULEY, in his
individual capacity; PUTMAN COUNTY
COMMISSION, a political subdivision of
the State of West Virginia,**

   Defendants.

<u>**NOTICE OF DEPOSITION OF MICHAEL WALKER**</u>

**PLEASE TAKE NOTICE** that the undersigned counsel will take the deposition of **Michael Walker** on **Friday, September 13, 2019** at **10:00 AM** before a certified court reporter or officer authorized by law to take depositions in the State of West Virginia. The deposition will take place at the following location:

Putnam County Sheriff's Department
3389 Winfield Rd.
Winfield, WV

The examination will continue from day to day until such time as it is completed. The deposition is being taken for purposes of discovery, for use at trial, or for such other purposes as are permitted under the Rules of the Court

                                                **M.H. LOVEJOY, B.E. DONAHOE, B.W.
PAULEY, and the PUTMAN COUNTY
COMMISSION,**

                                                By Counsel,

  **/s/ Adam K. Strider**
**Charles R. Bailey (WV Bar #0202)**
**Adam K. Strider (WV Bar #12483)**
**BAILEY & WYANT, PLLC**
**500 Virginia Street, East, Suite 600**
**Post Office Box 3710**
**Charleston, West Virginia   25337-3710**
**T: 304.345.4222**
**F: 304.343.3133**
**cbailey@baileywyant.com**
**astrider@baileywyant.com**

## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
## AT HUNTINGTON

**MICHAEL WALKER, individually,**

    Plaintiff,

v.                                               **Civil Action No. 3:18-cv-01523**
                                                    **Honorable Robert C. Chambers**

**M.H. LOVEJOY, in his individual capacity; B.E. DONAHOE, in his individual capacity; B.W. PAULEY, in his individual capacity; PUTMAN COUNTY COMMISSION, a political subdivision of the State of West Virginia,**

    Defendants.

## <u>CERTIFICATE OF SERVICE</u>

    **I HEREBY CERTIFY** that a true and correct copy of the foregoing **"Notice of Deposition of Michael Walker"** was served upon the following party by the Court's Electronic Case Filing (ECF) system on this day, September 6, 2019:

John H. Bryan
Law Office of John H. Bryan
611 Main Street
PO Box 366
Union, WV 24983
Email Address: jhb@johnbryanlaw.com
Attorney For: Michael Walker

                                                                      **/s/ Adam K. Strider**
                                                              **Charles R. Bailey (WV Bar #0202)**
                                                              **Adam K. Strider (WV Bar #12483)**
                                                              **BAILEY & WYANT, PLLC**