# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF WEST VIRGINIA
# AT HUNTINGTON

MICHAEL WALKER, individually,

    Plaintiff,

vs.                                                    Civil Action No. : 3:18-cv-01523
                                                     Hon. Robert C. Chambers, U.S. District Judge

M. H. LOVEJOY, in his individual capacity,
B.E. DONAHOE, in his individual capacity,
B.W. PAULEY, in his individual capacity,
PUTNAM COUNTY COMMISSION, a
political subdivision of the State of West
Virginia,

    Defendants.

## **PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

      Plaintiff, by counsel, John H. Bryan, pursuant to FED. R. CIV. P. 56, respectfully moves the Court for summary judgment. As more fully set out in plaintiff's memorandum in support, filed contemporaneously herewith and incorporated herein, the pleadings, depositions, sworn testimony and other documents show that there is no genuine issue as to any material fact related to Counts Three and Four of the plaintiff's complaint and plaintiff is entitled to judgment as a matter of law on the said counts, and for a jury trial on the issue of damages only.

      Accordingly, the plaintiff respectfully requests the Court to GRANT his motion and ORDER that summary judgment be entered in his favor on Count Two of the complaint.

                                                             MICHAEL WALKER
                                                              By Counsel

/s/ John H. Bryan
John H. Bryan (WV Bar No. 10259)
JOHN H. BRYAN, ATTORNEYS AT LAW
611 Main Street
P.O. Box 366
Union, WV 24983
(304) 772-4999
Fax: (304) 772-4998
jhb@johnbryanlaw.com

for the Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
AT HUNTINGTON

MICHAEL WALKER, individually,

    Plaintiff,

vs.                                     Civil Action No. : 3:18-cv-01523
                                        Hon. Robert C. Chambers, U.S. District Judge

M. H. LOVEJOY, in his individual capacity,
B.E. DONAHOE, in his individual capacity,
B.W. PAULEY, in his individual capacity,
PUTNAM COUNTY COMMISSION, a
political subdivision of the State of West
Virginia,

    Defendants.

## **CERTIFICATE OF SERVICE**

    I, John H. Bryan, do hereby certify that I have delivered a true copy of the foregoing PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT upon counsel of record by using the CM/ECF System, this the 13th day of December, 2019, and addressed as follows:

John P. Fuller, Esq.
Charles R. Bailey, Esq.
Adam K. Strider, Esq.
BAILEY & WYANT, PLLC
500 Virginia Street, East, Suite 600
Post Office Box 3710
Charleston, WV 25337-3710

                                                                              /s John H. Bryan