**EXHIBIT B - VIDEO OF INCIDENT**

(sent to Clerk via U.S. Mail)



_____/s John H. Bryan_____



**JOHN H. BRYAN**
ATTORNEY AT LAW
411 MAIN STREET PO BOX 366
UNION, WV 24983

CD Enclosed!!
Do Not Bend!!

SIDNEY L. CHRISTIE FEDERAL BUILDING
ATTN: CLERK'S OFFICE
845 FIFTH AVENUE, Room 101
HUNTINGTON, WV 25701

USPS TRACKING® NUMBER
9500 1117 5731 9350 1660 62

U.S. POSTAGE PAID
FC PKG RTL
UNION, WV
24983
DEC 16, 19
AMOUNT
$4.39
R2305K142960-9
1005
25701