```
AD Incident: 2018-00005559              ESN  : 2217            10  07  25  R
hone       : 304 206-1238               Law  :
ame        : JEFF JONES                 Fire :
ddress     : [REDACTED]                 EMS  :                 05 06 04 03 02
ommunity:    [REDACTED]                 Rescue:
urisdctn:
o Cross:WINFIELD RD // RT 817           Disp : C
i Cross:SR 34
ubDivisn:                               Source: CEL
aller Address: [REDACTED]
```

..................................................................
AD Call Times: MAN WITH A GUN CALL
..................................................................

```
ncoming Call: 02/21/2018 17:49:59
all Created : 02/21/2018 17:50:00    Created By: SMALLEY    Pos:003
all Send Time    :       17:50:49    Sent By   : SMALLEY    Action:
all Dispatch Time:       17:51:24    Event : MANGUN    2    Language:
all Enroute Time :       17:51:43    Law   :           1    2PAT
all Arrival Time :       17:58:21    Fire  :           1
all Clear Time   :       18:06:36    EMS   :
all Closed   :02/21/2018 18:06:36    Rescue:
```

Original Dispatch Remarks]
 MAN W/ A BACK PACK AND A RIFLE WALKING TOWARDS SHEETZ

No Directions Found]

MSAG INFORMATION]

No Hydrant Information Found]

..................................................................
                          NCIC Narratives
..................................................................

```
arrative By: 000\JESSI      02/21/2018 18:04
CIC RESPONSE
PU5.02/21/2018 17:58:34
R.WVWSP0001.CPU5.
XT
ESPONSE FOR I356577
AM/WALKER              MICHAEL       SCOTT
DR/ [REDACTED]                [REDACTED]              WV 25560
OC/ [REDACTED]  RST/
EX/M RACE/U WGT/145 HGT/5-09 EYE/BE DOB/[REDACTED]
N/I356577 ISU/01/26/15 EXP/01/11/19 DONOR/U
IC-TP/NON-DRIVER DOC-TP/RENEWAL    LIC-ST/ VALID       POINTS/00
DL-ST/VALID       CLS/X END/
****
****
O CONVICTIONS FOR LAST 2 YRS OR ANY DUI CONVICTIONS
****
```

O ACTIVE SUSPENSIONS/REVOCATIONS AND DUI SUSPENSIONS
****
****
N LUDPS1 NBR 07345 AT 17:58 02/21/2018
UT CPU5 NBR 00395 AT 17:58 02/21/2018 MRI 085572

arrative By: 000\JESSI        02/21/2018 18:04
CIC RESPONSE
PU5.02/21/2018 18:00:33
R.WVSIR0000.CPU5.
XT
HIS RESPONSE IS THE RESULT OF YOUR INQUIRY ON:
AM/WALKER,MICHAEL S.SEX/M.RAC/U.DOB/████████.PUR/C.ATN/DONOHOE
 * * MATCHED RECORD * * *
ID/1481629   FBI/685851AE2
AME/WALKER,MICHAEL S                            DOB/█████   SEX/M RACE/W
DR/████████████████████████████████████████████████
YE/BLU HAIR/BLN WGT/155 HGT/509 POB/WV SOC/████████
N CHS NBR 02384 AT 18:00 02/21/2018
UT CPU5 NBR 00399 AT 18:00 02/21/2018 MRI 085700

arrative By: 000\JESSI        02/21/2018 18:04
CIC RESPONSE
PU5.MESSAGE FROM NCIC
2/21/2018 18:04:38
L01690KFMRI0085941
V0400005
HIS INTERSTATE IDENTIFICATION INDEX RESPONSE IS THE RESULT OF YOUR
ECORD REQUEST FOR FBI/685851AE2.  THE RECORD MAY BE OBTAINED FROM
ITHIN YOUR STATE.   THE INTERSTATE IDENTIFICATION INDEX CONTAINS
O ADDITIONAL DATA.
ND
N NCIC NBR 09839 AT 18:04 02/21/2018
UT CPU5 NBR 00404 AT 18:04 02/21/2018 MRI 085942

arrative By: 000\JESSI        02/21/2018 18:04
CIC RESPONSE
PU5.02/21/2018 18:01:40
R.WVSIR0000.CPU5.
XT
HIS RESPONSE IS THE RESULT OF YOUR INQUIRY ON:
UR/C.ATN/DONOHOE.SID/WV1481629
ECAUSE ADDITIONS OR DELETIONS MAY BE MADE AT ANY TIME A NEW COPY
HOULD BE REQUESTED FOR SUBSEQUENT USE.
NQUIRING AGENCY SHOULD RUN AN NCIC CHECK TO VERIFY WANTED STATUS
ID/1481629   FBI/685851AE2
AME/WALKER,MICHAEL S                            DOB/█████   SEX/M RACE/W
DR/████████████████████████████████████████████████
YE/BLU HAIR/BLN WGT/155 HGT/509 POB/WV SOC/████████
 * * 1 - ARREST OR RECEIVED * * *
RREST SID/1481629
RRESTED OR RECEIVED/121816       AGENCY/PUTNAM CO SHERIFF SO WV0400000



```
NIT     DEPT STATUS/DSP/CASE   LOCATION/REMARK                    USER   DATE   TIME
.......................................................................................
2       L01  DSP                                                  SMALL  02/21  17:51:25
2       L01  ER                                                   SMALL  02/21  17:51:43
5       L01  DSP                                                  JESSI  02/21  17:52:06
1       L01  DSP                                                  JESSI  02/21  17:52:34
1       L01  OS                                                   SMALL  02/21  17:58:21
1       L01  LOG             PROB RECEIVE MORE CALLS ON SUB       JESSI  02/21  18:05:48
1       L01  LOG             SOVERIGN SUB,CARRYING GUN-10-4       JESSI  02/21  18:06:25
1       L01  CLR                                                  JESSI  02/21  18:06:34
5       L01  CLR                                                  JESSI  02/21  18:06:34
2       L01  CLR                                                  JESSI  02/21  18:06:34
```