## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF WEST VIRGINIA
## AT HUNTINGTON

MICHAEL WALKER, individually,

    Plaintiff,

vs.　　　　　　　　　　　　　　　　　Civil Action No. : 3:18-cv-01523
　　　　　　　　　　　　　　　　　　　Hon. Robert C. Chambers, U.S. District Judge

M. H. LOVEJOY, in his individual capacity,
B.E. DONAHOE, in his individual capacity,
B.W. PAULEY, in his individual capacity,
PUTNAM COUNTY COMMISSION, a
political subdivision of the State of West
Virginia,

    Defendants.

## NOTICE OF APPEAL

Now comes the plaintiff, Michael Walker, by counsel, John H. Bryan, and hereby gives notice that he will hereby appeal to the United States Court of Appeals for the Fourth Circuit from the March 2, 2020 Memorandum Opinion and Order granting summary judgment for defendants Donahoe and Pauley, as well as the September 27, 2019 Memorandum Opinion and Order granting dismissal under Rule 12(b)(6) on Counts One, Two and Five for defendants Lovejoy and the Putnam County Commission.

                                            MICHAEL WALKER
                                            By Counsel

/s/ John H. Bryan
John H. Bryan (WV Bar No. 10259)
JOHN H. BRYAN, ATTORNEYS AT LAW
611 Main Street
P.O. Box 366
Union, WV 24983
(304) 772-4999
Fax: (304) 772-4998
jhb@johnbryanlaw.com

for the Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
AT HUNTINGTON

MICHAEL WALKER, individually,

    Plaintiff,

vs.                                        Civil Action No. : 3:18-cv-01523
                                              Hon. Robert C. Chambers, U.S. District Judge

M. H. LOVEJOY, in his individual capacity,
B.E. DONAHOE, in his individual capacity,
B.W. PAULEY, in his individual capacity,
PUTNAM COUNTY COMMISSION, a
political subdivision of the State of West
Virginia,

    Defendants.

## CERTIFICATE OF SERVICE

    I, John H. Bryan, do hereby certify that I have delivered a true copy of the foregoing NOTICE OF APPEAL upon counsel of record by using the CM/ECF System, this the 6th day of March, 2020, and addressed as follows:

John P. Fuller, Esq.
Charles R. Bailey, Esq.
Adam K. Strider, Esq.
BAILEY & WYANT, PLLC
500 Virginia Street, East, Suite 600
Post Office Box 3710
Charleston, WV 25337-3710
*Counsel for all defendants*

                                                                         /s John H. Bryan